# EXHIBIT NO. 5



## STELLR Stellar Commerical Roofing

15119 Memorial Drive, Suite 200
Houston, Texas 77078
Fax: 888-731-1804
www.stellarrestoration.com

| | | | |
|---|---|---|---|
| Insured: | ATT Holdings | | |
| Business: | 41 Pickens Road | | |
| | Nitro, WV 25143 | | |
| Property: | 41 Pickens Road | | |
| | Nitro, WV 25143 | | |

| | | | |
|---|---|---|---|
| Estimator: | Christopher Craig | Business: | (720) 498-5972 |
| Company: | Stellar Commerical Roofing | E-mail: | chris.craig@stellarteamusa.com |

**Claim Number:**                                                                 **Type of Loss:** Hail

| | | | |
|---|---|---|---|
| Date Contacted: | 4/16/2025 12:00 AM | | |
| Date of Loss: | | Date Received: | 4/16/2025 11:41 PM |
| Date Inspected: | 4/16/2025 12:00 AM | Date Entered: | 4/16/2025 12:00 PM |

| | |
|---|---|
| Price List: | WVCH8X_APR25 |
| | Restoration/Service/Remodel |
| Estimate: | ATT_HOLDINGS |



**STELLAR** **Stellar Commerical Roofing**
COMMERCIAL ROOFING'
A OXION COMPANY

15119 Memorial Drive, Suite 200
Houston, Texas 77078
Fax: 888-731-1804
www.stellarrestoration.com

### ATT_HOLDINGS

### Main Building

#### Roof 1

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| • **Built-Up Roofing System:** | | | | | | |
| 1.  Tear off, haul and dispose of 3 ply built-up roofing | 114.80 SQ | 56.62 | 0.00 | 455.00 | 1,300.00 | 8,254.98 |
| 2.  Built-up roof with granulated cap sheet - in place | 126.28 SQ | 0.00 | 570.74 | 5,045.11 | 14,414.62 | 91,532.78 |
| 3.  Elastomeric roof coating - Flat roof | 11,480.00 SF | 0.00 | 2.89 | 2,322.40 | 6,635.44 | 42,135.04 |
| 4.  Remove charge for high roof (2 stories or greater) | 114.80 SQ | 5.46 | 0.00 | 43.88 | 125.36 | 796.05 |
| 5.  Additional charge for high roof (2 stories or greater) | 126.28 SQ | 0.00 | 24.22 | 214.10 | 611.70 | 3,884.30 |
| • **Insulation:** | | | | | | |
| 6.  Remove Fiberboard - 1/2" | 11,480.00 SF | 0.61 | 0.00 | 490.20 | 1,400.56 | 8,893.56 |
| 7.  Fiberboard - 1/2" | 12,628.00 SF | 0.00 | 1.19 | 1,051.91 | 3,005.46 | 19,084.69 |
| 8.  Remove Insulation - ISO board, 3 1/2" | 114.80 SQ | 54.63 | 0.00 | 439.01 | 1,254.30 | 7,964.83 |
| 9.  Insulation - ISO board, 3 1/2" | 126.28 SQ | 0.00 | 465.38 | 4,113.77 | 11,753.64 | 74,635.60 |
| • **Flashing:** | | | | | | |
| 10.  R&R Aluminum wall coping - large | 215.00 LF | 0.61 | 27.28 | 419.74 | 1,199.28 | 7,615.37 |
| 11.  R&R Flash parapet wall only - up to 3' | 430.00 LF | 2.06 | 13.32 | 462.94 | 1,322.68 | 8,399.02 |
| 12.  R&R Drip edge - PVC/TPO clad metal with cleat | 215.00 LF | 0.57 | 13.57 | 212.81 | 608.04 | 3,860.95 |

Totals: Roof 1                                          15,270.87      43,631.08      277,057.17

#### Roof 2

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| • **Metal Roofing System:** | | | | | | |
| 13.  Remove Metal roofing - ribbed - 24 gauge - 1 1/8" to 1 1/2" | 10,279.00 SF | 0.52 | 0.00 | 374.16 | 1,069.02 | 6,788.26 |
| 14.  Metal roofing - ribbed - 24 gauge - 1 1/8" to 1 1/2" | 10,279.00 SF | 0.00 | 8.45 | 6,080.03 | 17,371.52 | 110,309.10 |

  **Stellar Commerical Roofing**

15119 Memorial Drive, Suite 200
Houston, Texas 77078
Fax: 888-731-1804
www.stellarrestoration.com

## CONTINUED - Roof 2

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 15. Butyl tape / sealing metal roofing panels for low slopes | 4,840.00 LF | 0.00 | 1.22 | 413.34 | 1,180.96 | 7,499.10 |

Note: Cost for sealing with butyl tape or sealant. Typical applications will include when joining seams of metal roofing panels during low slope installations for moisture protection etc.
• Includes: Building roof, every 3'. **200/3 = 66** runs of tape x **52' long =3,432 LF.**
• Ridge, applied underneath on top of each side closure: R x 2 =**400 LF.**
• Gable/Rake, applied along trim: **20 8 LF.**
• Eave, Lay panel inside closure strip on top of tape, apply another layer on top of closure strip: EAVE * 2 = **800 LF**
• Total: **4,840 LF**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 16. Elastomeric roof coating - Rib roof | 10,279. SF 00 | 0.00 | 3.94 | 2,834.95 | 8,099.86 | 51,434.07 |
| 17. R&R Vinyl-faced/laminated insulation - 4" | 10,279. SF 00 | 0.25 | 1.17 | 1,021.73 | 2,919.24 | 18,537.15 |
| • **Flashing:** | | | | | | |
| 18. R&R Hip / Ridge flashing | 200.00 LF | 0.61 | 9.16 | 136.78 | 390.80 | 2,481.58 |
| 19. R&R Ridge end cap for metal roofing | 2.00 EA | 5.54 | 29.75 | 4.95 | 14.12 | 89.65 |
| 20. R&R Eave trim for metal roofing - 26 gauge | 400.00 LF | 0.85 | 6.37 | 202.16 | 577.60 | 3,667.76 |
| 21. R&R Gable trim for metal roofing - 26 gauge | 208.00 LF | 0.85 | 7.13 | 116.19 | 331.96 | 2,107.99 |
| 22. R&R Closure strips for metal roofing - inside and/or outside | 608.00 LF | 0.85 | 2.32 | 134.92 | 385.48 | 2,447.76 |
| • **Flute Fill (Center Section):** | | | | | | |
| 23. Remove Single-ply membrane - Fully adhered system - 60 mil | 15.03 SQ | 74.93 | 0.00 | 78.83 | 225.24 | 1,430.27 |
| 24. Single-ply membrane - Fully adhered system - 60 mil | 16.53 SQ | 0.00 | 526.97 | 609.76 | 1,742.16 | 11,062.73 |
| 25. Elastomeric roof coating - Flat roof | 1,503.00 SF | 0.00 | 2.89 | 304.06 | 868.74 | 5,516.47 |
| 26. Remove Insulation - fulte fill - polystyrene board, 1" | 15.03 SQ | 53.42 | 0.00 | 56.20 | 160.58 | 1,019.68 |
| 27. Insulation - fulte fill - polystyrene board, 1" | 16.53 SQ | 0.00 | 201.14 | 232.74 | 664.96 | 4,222.54 |
| 28. Remove Fiberboard - 1/2" | 1,503.00 SF | 0.61 | 0.00 | 64.18 | 183.36 | 1,164.37 |
| 29. STRUCTODEK ® HD - Fiberboard - 1/2" | 1,653.00 SF | 0.00 | 1.19 | 137.69 | 393.42 | 2,498.18 |
| • **Flashing:** | | | | | | |
| 30. R&R Aluminum termination bar / flashing for membrane roofs | 230.00 LF | 0.61 | 2.84 | 55.54 | 158.70 | 1,007.74 |
| 31. R&R Drip edge - PVC/TPO clad metal with cleat | 230.00 LF | 0.57 | 13.57 | 227.66 | 650.44 | 4,130.30 |
| 32. R&R 2" x 4" lumber (.667 BF per LF) | 230.00 LF | 0.57 | 2.55 | 50.24 | 143.52 | 911.36 |

 **Stellar Commerical Roofing**

15119 Memorial Drive, Suite 200
Houston, Texas 77078
Fax: 888-731-1804
www.stellarrestoration.com

### CONTINUED - Roof 2

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 33. R&R Membrane roofing - cant strips - wood | 230.00 LF | 0.70 | 4.22 | 79.21 | 226.32 | 1,437.13 |
| Totals: Roof 2 | | | | 13,215.32 | 37,758.00 | 239,763.19 |

### Roof 3

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| • **Built-Up Roofing System:** | | | | | | |
| 34. Tear off, haul and dispose of 3 ply built-up roofing | 136.83 SQ | 56.62 | 0.00 | 542.31 | 1,549.46 | 9,839.08 |
| 35. Built-up roof with granulated cap sheet - in place | 150.51 SQ | 0.00 | 570.74 | 6,013.15 | 17,180.42 | 109,095.65 |
| 36. Elastomeric roof coating - Flat roof | 13,683.00 SF | 0.00 | 2.89 | 2,768.07 | 7,908.78 | 50,220.72 |
| 37. Remove charge for high roof (2 stories or greater) | 136.83 SQ | 5.46 | 0.00 | 52.30 | 149.42 | 948.81 |
| 38. Additional charge for high roof (2 stories or greater) | 150.51 SQ | 0.00 | 24.22 | 255.17 | 729.08 | 4,629.60 |
| • **Insulation:** | | | | | | |
| 39. Remove Fiberboard - 1/2" | 13,683.00 SF | 0.61 | 0.00 | 584.26 | 1,669.32 | 10,600.21 |
| 40. Fiberboard - 1/2" | 15,051.30 SF | 0.00 | 1.19 | 1,253.77 | 3,582.22 | 22,747.04 |
| 41. Remove Insulation - ISO board, 3 1/2" | 136.83 SQ | 54.63 | 0.00 | 523.25 | 1,495.00 | 9,493.27 |
| 42. Insulation - ISO board, 3 1/2" | 150.51 SQ | 0.00 | 465.38 | 4,903.10 | 14,008.86 | 88,956.30 |
| • **Flashing:** | | | | | | |
| 43. Retrofit curb | 4.00 EA | 0.00 | 1,374.35 | 384.82 | 1,099.48 | 6,981.70 |
| 44. R&R Flashing - pipe jack | 9.00 EA | 7.28 | 55.71 | 39.69 | 113.38 | 719.98 |
| 45. R&R Aluminum wall coping - large | 1,033.00 LF | 0.61 | 27.28 | 2,016.73 | 5,762.06 | 36,589.16 |
| 46. R&R Flash parapet wall only - up to 3' | 1,033.00 LF | 2.06 | 13.32 | 1,112.13 | 3,177.52 | 20,177.19 |
| 47. R&R Exhaust fan - Commercial - large | 4.00 EA | 19.36 | 983.00 | 280.66 | 801.88 | 5,091.98 |
| 48. R&R Downdraft vent - Premium grade | 4.00 EA | 38.74 | 1,990.21 | 568.11 | 1,623.16 | 10,307.07 |
| 49. R&R Drip edge - PVC/TPO clad metal with cleat | 135.00 LF | 0.57 | 13.57 | 133.63 | 381.80 | 2,424.33 |
| 50. Meter base and main disconnect - Detach & reset | 1.00 EA | 0.00 | 343.11 | 24.02 | 68.62 | 435.75 |

 **Stellar Commerical Roofing**

15119 Memorial Drive, Suite 200
Houston, Texas 77078
Fax: 888-731-1804
www.stellarrestoration.com

## CONTINUED - Roof 3

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 51. R&R Pitch pan / pocket - up to 6" x 6" x 4" - galvanized | 12.00 EA | 25.83 | 111.98 | 115.76 | 330.76 | 2,100.24 |

| Totals: Roof 3 | | | | 21,570.93 | 61,631.22 | 391,358.08 |
|---|---|---|---|---|---|---|

### Roof 4

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| • **TPO Flute Fill:** | | | | | | |
| 52. Remove Single-ply membrane - Fully adhered system - 60 mil | 119.40 SQ | 74.93 | 0.00 | 626.26 | 1,789.32 | 11,362.22 |
| 53. Single-ply membrane - Fully adhered system - 60 mil | 131.34 SQ | 0.00 | 526.97 | 4,844.86 | 13,842.44 | 87,899.54 |
| 54. Elastomeric roof coating - Flat roof | 11,940.00 SF | 0.00 | 2.89 | 2,415.46 | 6,901.32 | 43,823.38 |
| 55. Remove Insulation - fulte fill - polystyrene board, 1" | 119.40 SQ | 53.42 | 0.00 | 446.48 | 1,275.68 | 8,100.51 |
| 56. Insulation - fulte fill - polystyrene board, 1" | 131.34 SQ | 0.00 | 201.14 | 1,849.24 | 5,283.54 | 33,550.51 |
| 57. Remove Fiberboard - 1/2" | 11,940.00 SF | 0.61 | 0.00 | 509.84 | 1,456.68 | 9,249.92 |
| 58. STRUCTODEK ® HD - Fiberboard - 1/2" | 13,134.00 SF | 0.00 | 1.19 | 1,094.06 | 3,125.90 | 19,849.42 |
| • **Flashing:** | | | | | | |
| 59. R&R Aluminum termination bar / flashing for membrane roofs | 804.00 LF | 0.61 | 2.84 | 194.17 | 554.76 | 3,522.73 |
| 60. R&R Drip edge - PVC/TPO clad metal with cleat | 804.00 LF | 0.57 | 13.57 | 795.80 | 2,273.72 | 14,438.08 |
| 61. R&R 2" x 4" lumber (.667 BF per LF) | 804.00 LF | 0.57 | 2.55 | 175.59 | 501.70 | 3,185.77 |
| 62. R&R Membrane roofing - cant strips - wood | 804.00 LF | 0.70 | 4.22 | 276.90 | 791.14 | 5,023.72 |
| 63. R&R Downdraft vent | 4.00 EA | 38.74 | 970.46 | 282.58 | 807.36 | 5,126.74 |
| 64. Retrofit curb | 5.00 EA | 0.00 | 1,374.35 | 481.02 | 1,374.36 | 8,727.13 |

| Totals: Roof 4 | | | | 13,992.26 | 39,977.92 | 253,859.67 |
|---|---|---|---|---|---|---|

### Roof 5

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|

 **Stellar Commerical Roofing**

15119 Memorial Drive, Suite 200
Houston, Texas 77078
Fax: 888-731-1804
www.stellarrestoration.com

### CONTINUED - Roof 5

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **• Built-Up Roofing System:** | | | | | | |
| 65. Tear off, haul and dispose of 3 ply built-up roofing | 97.27 SQ | 56.62 | 0.00 | 385.52 | 1,101.48 | 6,994.43 |
| 66. Built-up roof with granulated cap sheet - in place | 107.00 SQ | 0.00 | 570.74 | 4,274.84 | 12,213.84 | 77,557.86 |
| 67. Elastomeric roof coating - Flat roof | 9,727.00 SF | 0.00 | 2.89 | 1,967.77 | 5,622.20 | 35,701.00 |
| 68. Remove charge for high roof (2 stories or greater) | 97.27 SQ | 5.46 | 0.00 | 37.18 | 106.22 | 674.49 |
| 69. Additional charge for high roof (2 stories or greater) | 107.00 SQ | 0.00 | 24.22 | 181.41 | 518.30 | 3,291.25 |
| **• Insulation:** | | | | | | |
| 70. Remove Fiberboard - 1/2" | 9,727.00 SF | 0.61 | 0.00 | 415.34 | 1,186.70 | 7,535.51 |
| 71. Fiberboard - 1/2" | 10,699.70 SF | 0.00 | 1.19 | 891.28 | 2,546.52 | 16,170.44 |
| 72. Remove Insulation - ISO board, 3 1/2" | 97.27 SQ | 54.63 | 0.00 | 371.97 | 1,062.78 | 6,748.61 |
| 73. Insulation - ISO board, 3 1/2" | 41.00 SQ | 0.00 | 465.38 | 1,335.64 | 3,816.12 | 24,232.34 |
| **• Flashing:** | | | | | | |
| 74. R&R Aluminum wall coping - large | 697.00 LF | 0.61 | 27.28 | 1,360.75 | 3,887.88 | 24,687.96 |
| 75. R&R Flash parapet wall only - up to 3' | 697.00 LF | 2.06 | 13.32 | 750.39 | 2,143.96 | 13,614.21 |

Totals: Roof 5     11,972.09     34,206.00     217,208.10

### Gutters

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **• Gutter:** | | | | | | |
| 76. R&R Gutter - box - aluminum - 6" | 619.00 LF | 0.52 | 14.92 | 669.01 | 1,911.48 | 12,137.85 |
| 77. R&R Downspout - aluminum - 6" | 480.00 LF | 0.52 | 12.57 | 439.82 | 1,256.64 | 7,979.66 |

Totals: Gutters     1,108.83     3,168.12     20,117.51

### Fenestrations

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **• Windows:** | | | | | | |

 **Stellar Commerical Roofing**

15119 Memorial Drive, Suite 200
Houston, Texas 77078
Fax: 888-731-1804
www.stellarrestoration.com

## CONTINUED - Fenestrations

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 78. R&R Wood window - picture (fixed), 24-32 sf | 1.00 EA | 35.00 | 1,108.81 | 80.07 | 228.76 | 1,452.64 |
| 79. Add. charge for a retrofit window, 24-40 sf - difficult | 1.00 EA | 0.00 | 345.92 | 24.21 | 69.18 | 439.31 |
| 80. Flashing - Sill flashing - moldable tape | 20.00 LF | 0.00 | 8.47 | 11.86 | 33.88 | 215.14 |
| Totals: Fenestrations | | | | 116.14 | 331.82 | 2,107.09 |
| Total: Main Building | | | | 77,246.44 | 220,704.16 | 1,401,470.81 |

### Trailer

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **• Roof Covering:** | | | | | | |
| 81. Tear off composition shingles - Laminated (no haul off) | 14.05 SQ | 38.74 | 0.00 | 38.10 | 108.86 | 691.26 |
| 82. Roofing felt - 15 lb. - double coverage/low slope | 14.05 SQ | 0.00 | 68.74 | 67.61 | 193.16 | 1,226.57 |
| 83. Asphalt starter - universal starter course | 84.00 LF | 0.00 | 1.98 | 11.64 | 33.26 | 211.22 |
| 84. Laminated - comp. shingle rfg. - w/out felt | 15.67 SQ | 0.00 | 287.27 | 315.11 | 900.30 | 5,716.93 |
| 85. R&R Hip / Ridge cap - Standard profile - composition shingles | 64.00 LF | 3.36 | 6.45 | 43.95 | 125.56 | 797.35 |
| 86. R&R Drip edge/gutter apron | 141.00 LF | 0.34 | 3.39 | 36.82 | 105.18 | 667.93 |
| 87. R&R Valley metal | 33.00 LF | 0.61 | 6.89 | 17.33 | 49.50 | 314.33 |
| 88. R&R Roof vent - turtle type - Metal | 7.00 EA | 9.28 | 76.21 | 41.89 | 119.70 | 760.02 |
| 89. R&R Gutter / downspout - aluminum - up to 5" | 124.00 LF | 0.52 | 8.23 | 75.95 | 217.00 | 1,377.95 |
| **• Exterior:** | | | | | | |
| 90. R&R Siding - vinyl | 600.00 SF | 0.45 | 4.78 | 219.66 | 627.60 | 3,985.26 |
| 91. R&R House wrap (air/moisture barrier) | 600.00 SF | 0.05 | 0.39 | 18.48 | 52.80 | 335.28 |
| 92. R&R Vinyl outside corner post | 24.00 LF | 1.30 | 6.92 | 13.81 | 39.46 | 250.55 |
| 93. R&R Vinyl window, single hung, 9-12 sf | 3.00 EA | 23.32 | 313.53 | 70.74 | 202.12 | 1,283.41 |
| 94. Add. charge for a retrofit window, 3-11 sf - difficult | 3.00 EA | 0.00 | 191.45 | 40.20 | 114.88 | 729.43 |
| 95. R&R Window AC unit - mobile home | 1.00 EA | 60.10 | 342.39 | 28.18 | 80.50 | 511.17 |

ATT_HOLDINGS

4/30/2025    Page: 7



**Stellar Commerical Roofing**

15119 Memorial Drive, Suite 200
Houston, Texas 77078
Fax: 888-731-1804
www.stellarrestoration.com

## CONTINUED - Trailer

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Totals: Trailer | | | | 1,039.47 | 2,969.88 | 18,858.66 |



**Out Building/Canopy - 1**  **Formula Sloped Ceiling 15' x 10' x 8'**

375.00 SF Walls
525.33 SF Walls & Ceiling
16.67 SY Flooring
50.07 LF Ceil. Perimeter

150.33 SF Ceiling
150.00 SF Floor
50.00 LF Floor Perimeter

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **• Roof Covering:** | | | | | | |
| 96. Tear off corrugated fiberglass roofing (no haul off) | 150.33 SF | 0.29 | 0.00 | 3.05 | 8.72 | 55.37 |
| 97. Corrugated fiberglass roofing (greenhouse type) | 150.33 SF | 0.00 | 4.45 | 46.83 | 133.80 | 849.60 |
| Totals: Out Building/Canopy - 1 | | | | 49.88 | 142.52 | 904.97 |



**Out Building/Canopy - 2**  **Formula Sloped Ceiling 15' x 10' x 8'**

375.00 SF Walls
525.33 SF Walls & Ceiling
16.67 SY Flooring
50.07 LF Ceil. Perimeter

150.33 SF Ceiling
150.00 SF Floor
50.00 LF Floor Perimeter

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **• Roof Covering:** | | | | | | |
| 98. Tear off corrugated fiberglass roofing (no haul off) | 150.33 SF | 0.29 | 0.00 | 3.05 | 8.72 | 55.37 |
| 99. Corrugated fiberglass roofing (greenhouse type) | 150.33 SF | 0.00 | 4.45 | 46.83 | 133.80 | 849.60 |
| Totals: Out Building/Canopy - 2 | | | | 49.88 | 142.52 | 904.97 |



## Stellar Commerical Roofing

15119 Memorial Drive, Suite 200
Houston, Texas 77078
Fax: 888-731-1804
www.stellarrestoration.com



| **Garage** | | | | | **Formula Sloped Ceiling 27' x 27' x 14'** | |
| --- | --- | --- | --- | --- | --- | --- |

| | |
| --- | --- |
| 1,404.00 SF Walls | 731.00 SF Ceiling |
| 2,135.00 SF Walls & Ceiling | 729.00 SF Floor |
| 81.00 SY Flooring | 108.00 LF Floor Perimeter |
| 108.15 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
| --- | --- | --- | --- | --- | --- | --- |
| **• Roof Covering:** | | | | | | |
| 100. Remove Metal roofing - ribbed - 26 gauge - up to 1" | 731.00 SF | 0.52 | 0.00 | 26.61 | 76.02 | 482.75 |
| 101. Metal roofing - ribbed - 26 gauge - up to 1" | 731.00 SF | 0.00 | 7.42 | 379.68 | 1,084.80 | 6,888.50 |
| 102. Butyl tape / sealing metal roofing panels for low slopes | 75.00 LF | 0.00 | 1.22 | 6.41 | 18.30 | 116.21 |
| Totals: Garage | | | | 412.70 | 1,179.12 | 7,487.46 |



| **Shed 1** | | | | | **Formula Gable Roof & Box 12' x 10' x 7'** | |
| --- | --- | --- | --- | --- | --- | --- |

| | |
| --- | --- |
| 324.67 SF Walls | 126.49 SF Ceiling |
| 451.16 SF Walls & Ceiling | 120.00 SF Floor |
| 13.33 SY Flooring | 44.00 LF Floor Perimeter |
| 84.00 SF Long Wall | 78.33 SF Short Wall |
| 45.08 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
| --- | --- | --- | --- | --- | --- | --- |
| **• Roof Covering:** | | | | | | |
| 103. Remove Aluminum corrugated sheet roofing - .034 | 126.49 SF | 0.52 | 0.00 | 4.60 | 13.16 | 83.53 |
| 104. Aluminum corrugated sheet roofing - .034 | 126.49 SF | 0.00 | 8.33 | 73.76 | 210.74 | 1,338.16 |
| Totals: Shed 1 | | | | 78.36 | 223.90 | 1,421.69 |

 **Stellar Commerical Roofing**

15119 Memorial Drive, Suite 200
Houston, Texas 77078
Fax: 888-731-1804
www.stellarrestoration.com



| Shed 2 | | | Formula Gable Roof & Box 14' x 14' x 8' | | |
|---|---|---|---|---|---|
| 472.50 SF Walls | | | 202.03 SF Ceiling | | |
| 674.53 SF Walls & Ceiling | | | 196.00 SF Floor | | |
| 21.78 SY Flooring | | | 56.00 LF Floor Perimeter | | |
| 112.00 SF Long Wall | | | 124.25 SF Short Wall | | |
| 56.86 LF Ceil. Perimeter | | | | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **• Roof Covering:** | | | | | | |
| 105. Remove Metal roofing - ribbed - 26 gauge - up to 1" | 202.03 SF | 0.52 | 0.00 | 7.35 | 21.02 | 133.43 |
| 106. Metal roofing - ribbed - 26 gauge - up to 1" | 202.03 SF | 0.00 | 7.42 | 104.93 | 299.82 | 1,903.81 |
| 107. Butyl tape / sealing metal roofing panels for low slopes | 75.00 LF | 0.00 | 1.22 | 6.41 | 18.30 | 116.21 |
| Totals:  Shed 2 | | | | 118.69 | 339.14 | 2,153.45 |

### General Conditions

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **• Temporary Equipment:** | | | | | | |
| 108. Temporary toilet (per month) | 1.00 MO | 0.00 | 189.00 | 13.23 | 37.80 | 240.03 |
| 109. Telehandler/forklift (per month) - no operator | 1.00 MO | 0.00 | 2,892.75 | 202.49 | 578.56 | 3,673.80 |
| 110. Equipment Operator - per hour | 40.00 HR | 0.00 | 65.84 | 184.35 | 526.72 | 3,344.67 |
| 111. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 6.00 EA | 1,248.00 | 0.00 | 524.16 | 1,497.60 | 9,509.76 |
| 112. Protect contents - Cover with plastic | 10,000. SF 00 | 0.00 | 0.21 | 147.00 | 420.00 | 2,667.00 |

Includes: Protective cover for the interior of the building during the roof and insulation removal.

| **• Job Safety and Supervision:** | | | | | | |
|---|---|---|---|---|---|---|
| 113. Commercial Supervision / Project Management - per hour | 120.00 HR | 0.00 | 71.40 | 599.76 | 1,713.60 | 10,881.36 |

Note: Project management/site supervision and coordination to keep site operable for business and for the safety of people below. 1 project manager to coordinate, start, and end job each day of repairs, execute HSE logs, etc.

| 114. General Laborer - per hour | 120.00 HR | 0.00 | 41.99 | 352.72 | 1,007.76 | 6,399.28 |
|---|---|---|---|---|---|---|

 **Stellar Commerical Roofing**

15119 Memorial Drive, Suite 200
Houston, Texas 77078
Fax: 888-731-1804
www.stellarrestoration.com

## CONTINUED - General Conditions

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|

Note: 60 hours for site clean-up and safety flagger in order to maintain operation.

Note: 60 hours for a (OSHA) On-site Health, Safety, & Environmental officer on all projects - Osha Regulation Title 29 CFR 1926.502(h)(1)(i-v): The employer shall designate a competent person to monitor the safety of other employees and the employer shall ensure that the safety monitor complies with the following requirements:

• The safety monitor shall not have other responsibilities which could take the monitor's attention from the monitoring function.
• The safety monitor shall warn the employee when it appears that the employee is unaware of a fall hazard or is acting in an unsafe manner.
• The safety monitor shall be on the same walking/working surface and within visual sighting distance of the employee being monitored.
• The safety monitor shall be close enough to communicate orally with the employee.

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals: General Conditions | | | | 2,023.71 | 5,782.04 | 36,715.90 |
| **Line Item Totals: ATT_HOLDINGS** | | | | 81,019.13 | 231,483.28 | 1,469,917.91 |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 2,951.17 | SF Walls | 1,360.19 | SF Ceiling | 4,311.35 | SF Walls and Ceiling |
| 1,345.00 | SF Floor | 149.44 | SY Flooring | 308.00 | LF Floor Perimeter |
| 196.00 | SF Long Wall | 202.58 | SF Short Wall | 310.22 | LF Ceil. Perimeter |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 0.00 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

 **Stellar Commerical Roofing**

15119 Memorial Drive, Suite 200
Houston, Texas 77078
Fax: 888-731-1804
www.stellarrestoration.com

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 1,157,415.50 |
| Overhead | 115,741.64 |
| Profit | 115,741.64 |
| Total Tax | 81,019.13 |
| **Replacement Cost Value** | **$1,469,917.91** |
| **Net Claim** | **$1,469,917.91** |

Christopher Craig