**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

ATT HOLDING, LLC,

        Plaintiff,

v.                                CIVIL ACTION NO. 3:26-0065

HARTFORD UNDERWRITERS
INSURANCE COMPANY,

        Defendant.

**JUDGMENT ORDER**

In accordance with the accompanying Memorandum Opinion and Order granting in part the defendant's motion to dismiss, the Court **ORDERS** that judgment be entered in favor of the defendant Hartford Underwriters Insurance Company and that this case be dismissed and stricken from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented parties.

                  ENTER:      April 6, 2026

                  ROBERT C. CHAMBERS
                  UNITED STATES DISTRICT JUDGE